UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Warren L. Peterson, Esq.
170 N. County Line Rd.
Jackson, NJ 08527
 (732) 367 3670
Attorney for Debtor, John A. Filardo

| In Re: | Case No: 19-13694-MBK |
|---|---|
| John A. Filardo | Hearing Date: 06/26/2019 @ 10:00am |
| | Chapter: 13 |
| | Judge: Michael B. Kaplan |

### **Opposition of motion for relief from stay filed by Freedom Mortgage**

We kindly apologize for the failure to file this opposition. This motion was inadvertently not docketed in our records. This motion was noticed this morning and we ask that the court please observe this late filing. Please be advised that this filing is in opposition to Freedom Mortgage Corporation's Motion for relief from stay. The petitioner will Amend the Chapter 13 plan to pay Freedom Mortgage's claim in full.

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Warren L. Peterson, Esq.
170 N. County Line Rd.
Jackson, NJ 08527
(732) 367 3670
Attorney for Debtor, John A. Filardo

| In Re: | Case No: 19-13694-MBK |
|---|---|
| John A. Filardo | Hearing Date: 06/26/2019 @ 10:00am |
| | Chapter: 13 |
| | Judge: Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Matthew Lopreiato:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Warren L. Peterson, Esq. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 26, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Opposition of motion for relief from stay filed by Freedom Mortgage

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  June 26, 2019                    /s/ *Matthew Lopreiato*
                                              Matthew Lopreiato

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br><br>Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Robert J. Davidow, Esquire<br>1617 JFK Blvd.<br>Suite 1400<br>Philadelphia, PA 19103 | Creditor's Attorney | ☐ Hand-delivered<br><br>Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>☐ (as authorized by the court ) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4