Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–13694–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John Anthony Filardo
    320 Casey Lane
    Jackson, NJ 08527
Social Security No.:
    xxx–xx–9833
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2019
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John Anthony Filardo                                              Case No. 19-13694-KCF
                Debtor                                            Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Jun 28, 2019
                             Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
```
db             +John Anthony Filardo,   320 Casey Lane,   Jackson, NJ 08527-4645
cr             +FREEDOM MORTGAGE CORPORATION,   Phelan Hallinan &Schmieg, PC,   1617 JFK Boulevard,
                 Suite 1400,   Philadelphia, PA 19103-1814
518102024      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
518149380      +FREEDOM MORTGAGE CORPORATION,   FREEDOM MORTGAGE,   Bankruptcy Department,,
                 10500 KINCAID DRIVE,   FISHERS IN 46037-9764
518044435      +Freedom Mortgage Corp.,   907 Pleasant Valley Ave.,   Mount Laurel, NJ 08054-1210
518044436      +Lisa Filardo,   320 Casey Lane,   Jackson, NJ 08527-4645
518044438      +New Jersey Health Care Specialists P.C.,   30 Prospect Avenue,   Hackensack, NJ 07601-1915
518251669      +New Jersey Healthcare Specialists, PC.,   c/o Pressler, Felt & Warshaw, LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020
518044439      +Optimum,   11 Stewart Avenue,   Bethpage, NY 11714-5308
518044440      +Presslar and Presslar, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
518153786      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518044434       EDI: BANKAMER.COM Jun 29 2019 04:48:00    Bank of America,   PO Box 15019,
                 Wilmington, DE 19886-5019
518044437      +EDI: RMSC.COM Jun 29 2019 04:48:00    Lowes/ Synchrony Bank,   PO Box 530914,
                 Atlanta, GA 30353-0914
518161018      +EDI: MID8.COM Jun 29 2019 04:48:00    MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
518215793       EDI: PRA.COM Jun 29 2019 04:48:00    Portfolio Recovery Associates, LLC,   c/o Toyota,
                 POB 41067,   Norfolk VA 23541
518045563      +EDI: RMSC.COM Jun 29 2019 04:48:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518044441       EDI: TFSR.COM Jun 29 2019 04:48:00    Toyota Financial Services,   P.O. Box 4102,
                 Carol Stream, IL 60197-4102
518044443      +EDI: WFNNB.COM Jun 29 2019 04:48:00    Toyota Rewards Visa,   PO Box 659820,
                 San Antonio, TX 78265-9120
518193754      +EDI: AIS.COM Jun 29 2019 04:48:00    Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                          TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518044442*      Toyota Financial Services,   P.O. Box 4102,   Carol Stream, IL 60197-4102
518153787*     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
```
              Albert Russo   docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2019
                               Form ID: 148              Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Nicholas V. Rogers    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Robert  Davidow    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren L. Peterson    on behalf of Debtor John Anthony Filardo wpetersonlaw@gmail.com
                                                                                      TOTAL: 7