UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

**Order Filed on June 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

John Anthony Filardo

Debtor(s)

Case No.: 19-13694 / KCF

Chapter: 13

Hearing Date: June 26, 2019

Judge:  Kathryn C. Ferguson

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to provide required documents to the Trustee prior to the 341(a) meeting, resulting in the meeting not being held

- failure to make all required pre-confirmation payments to the Trustee

- lack of prosecution

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 19-13694-KCF
John Anthony Filardo                                            Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jun 28, 2019
                              Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2019.
db              +John Anthony Filardo,   320 Casey Lane,   Jackson, NJ 08527-4645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          Robert  Davidow    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren L. Peterson    on behalf of Debtor John Anthony Filardo wpetersonlaw@gmail.com
                                                                           TOTAL: 7